IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY BENNETT, | ) |
| | ) Civil Action No. 2:05-CV-1117 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALLEGHENY GENERAL HOSPITAL, a | ) **JURY TRIAL DEMANDED** |
| DIVISION OF WEST PENN | ) |
| ALLEGHENY HEALTH SYSTEMS | ) **ELECTRONICALLY FILED** |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 23 day of April, 2007, the Court having been advised that the parties have reached an amicable settlement, it is ordered that the case above captioned is dismissed, with prejudice.

_____
United States District Judge